Name: NARINDER S. MUDHAR
Address: 725 W. ORCHARD WAY, GILBERT AZ. 85233
Phone: 480-255-2330

FILED
2010 NOV 16 PM 1:02
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re:

NARINDER S. MUDHAR
Debtor.

Chapter 7

Case No. 2:10-bk-23134-GBN

Response to -
Notice of Preliminary Hearing
Related to Docket #28

Honourable Judge George B. Nielsen,

It is requested not to grant "Motion to Lift the Automatic Stay" filed by JP Morgan Chase Bank as I have found a job now, and I am working with the bank for loan Modification to reduce my mortgage payments. I lived in this house for 11 years and do intend to continue to stay. I need bank's support.

Please don't lift the Automatic Stay for Foreclosure purposes.

Date 11/16/10                Signature Narinder

Name: NARINDER S. MUDHAR
Address: 725 W. ORCHARD WAY, GILBERT AZ. 85233
Phone: 480-255-2330

FILED
2010 NOV 16 PM 1:02
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re: )  Chapter 7
)
) Case No. 2:10-bK-23134-GBN
)
NARINDER S. MUDHAR ) Response to -
Debtor. ) Notice of Preliminary Hearing on
) Motion for Relief from the Automatic Stay

Honourable Judge George B. Nielsen,

It is requested not to grant "Motion for Relief from the Automatic Stay" for foreclosure purpose as I have found a job and am working for loan modification to reduce my monthly mortgage. I lived in this house for 11 years and do intend to continue to stay. I need bank's support to help me in my mortgage.

Date 11/16/10            Signature Narinder